# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| PATRICK B. CHATTIN,<br><br>        Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY,<br><br>        Defendant. | CV-21-63-BU-BMM<br><br>**ORDER FOR DISMISSAL** |

    Having fully settled all matters between them, the parties stipulate to the dismissal of this matter with prejudice, each party to bear its own costs and attorney's fees. (Doc. 8).

    Accordingly, **IT IS HEREBY ORDERED** that this matter is **DISMISSED** with prejudice, each party to bear its own costs and attorney fees.

    Dated this 14th day of October, 2021.

_____
Brian Morris, Chief District Judge
United States District Court